[No. 4025.]

IN RE HOUSE BILL No. 495, TO AMEND THE CONSTITUTION OF THE STATE OF COLORADO.

CONSTITUTIONAL LAW—QUESTION FROM HOUSE OF REPRESENTATIVES.
The supreme court will not express its opinion upon the constitutionality of a proposed act of the legislature, where the resolution of the house of representatives submitting the question expresses no

doubt of its constitutionality, and it does not appear that the bill has been reported by a committee, or has passed second reading.

*Original proceeding.*

*Question from House of Representatives.*

Mr. J. WARNER MILLS, Mr. DAVID M. CAMPBELL, attorney general, and Mr. CALVIN E. REED, *amici curiæ.*

PER CURIAM.    The opinion of the court is in response to interrogatories propounded by the house of representatives. The request has been made by the house of representatives for the opinion of this court on the constitutionality of House Bill No. 495, which is a bill for an act to submit to the qualified voters of the state an amendment to article 18 of the constitution.    In brief, its object is to provide, by way of an amendment to the constitution, for a consolidation into one municipality of the city of Denver and county of Arapahoe; and the bill contains elaborate provisions for the government of the proposed resultant organization.    Neither in the preamble, nor in the resolution submitting the interrogatories, is there expressed any doubt by the house as to the constitutionality of the proposed enactment; and it does not appear that the bill has been reported by a committee, or that it has passed second reading.    For these reasons alone, under the established practice of this court, we are precluded from making answer.    *In re Certificates of Indebtedness*, 18 Colo. 566.

We therefore respectfully request the honorable house of representatives to withdraw the interrogatories.